ACCEPTED
12-17-00349-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/29/2017 1:22 PM
Pam Estes
CLERK

## NO. 12-17-00349-CR

| | | |
|---|---|---|
| **DERIL ELDER** | ☐ | **IN THE 12ᵗʰ COURT OF APPEALS** |
| | ☐ | 12th COURT OF APPEALS |
| | | TYLER, TEXAS |
| **vs.** | ☐ | . 11/29/2017 1:22:05 PM |
| | ☐ | PAM ESTES |
| **STATE OF TEXAS** | ☐ | **SMITH COUNTY, TEXAS** Clerk |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
11/29/2017 1:22:05 PM
PAM ESTES
Clerk

### MOTION TO WITHDRAW AS COUNSEL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes John R. Jarvis, Movant, and brings this Motion to Withdraw as Counsel and in support thereof shows:

1. Movant is attorney of record for DERIL ELDER, and was appointed by the Court to represent Defendant.

2. DERIL ELDER filed a pro-se notice of appeal without notifying Counsel.

3. DERIL ELDER has been notified of his right to object to this withdrawal as well as the following settings by regular mail and certified mail at his current location of: DERIL ELDER, Bradshaw Unit, TDC # 02163726, PO Box 9000; 3900 West Loop 571 North; Henderson, TX 75653-9000. Phone number (903) 655-0880.

4. The pending settings and deadlines in this case are as follows:

   a. Docketing Statement due December 1, 2017

   b. Record Due January 2, 2018

5. Counsel is not contracted to perform appeals and was not notified or consulted about filing an appeal in this case.

### PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Movant prays that the Court will grant his motion to withdraw on the face of this pleading. Alternatively, Movant requests that the Court

set this matter for a hearing so that Movant may present evidence in support of this motion.

Respectfully submitted,

Jarvis Law Firm
326 S. Fannin
Tyler, Texas 75702
Tel: (903) 592-6576
Fax: (903) 592-6782

By:_____
John R. Jarvis
State Bar No. 00798280
Attorney for Defendant

## CERTIFICATE OF SERVICE

This is to certify that on //·29_____, 2017, a true and correct copy of the above and

foregoing document was served electronically on the District Attorney's Office, Smith County and

served on DERIL ELDER by regular mail and certified mail.

_____
DERIL ELDER